IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MOHAMMED B. SIDDIG**                                                                                      **PLAINTIFF**

v.                                    **CASE NO. 4:15CV00026 BSM**

**RAY BAXTER and**
**STEPHEN A. SHOPTAW**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 23rd day of January 2015.

_____
UNITED STATES DISTRICT JUDGE